IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE MELLOTT, Individually and on behalf of a class of persons similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>PPL CORPORATION,<br><br>                Defendant. | CIVIL ACTION<br><br>NO: 5:13-cv-01509-PD |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Katherine Mellott, individually and on behalf of a class of persons similarly situated, and Defendant PPL Corporation, by and through their respective counsel, hereby stipulate to the voluntary dismissal of any and all claims in this matter without prejudice. This dismissal is pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), each party to bear its own costs.

Dated: June 25, 2013

Respectfully submitted,

**SHELLER, P.C.**

s/ *Claudine Q. Homolash*
Claudine Q. Homolash
1528 Walnut Street, 4th Floor
Philadelphia, Pennsylvania 19102
Tel:  (215) 790-7300

*Attorneys for Plaintiffs*

**PPL CORPORATION**

s/ *Andrew F. Susko*
Andrew F. Susko
White and Williams LLP
1650 Market Street, One Liberty Place
Suite 1800
Philadelphia, Pennsylvania 19103
Tel:  215-864-6228

Robert M. Rolfe (admitted *pro hac vice*)
Thomas R. Waskom (admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Tel:  804-788-8200

*Attorneys for Defendant PPL Corporation*

## CERTIFICATE OF SERVICE

I certify that on June 26, 2013, a copy of the foregoing pleading was served by operation of the electronic filing system of the U.S. District Court for the Eastern District of Pennsylvania upon the following:

>Claudine Q. Homolash
>Sheller, P.C.
>1528 Walnut Street, 4th Floor
>Philadelphia, Pennsylvania 19102
>Attorneys for Plaintiff

By:    s/ *Andrew F. Susko*
           Andrew F. Susko
           White and Williams LLP
           1650 Market Street, One Liberty Place
           Suite 1800
           Philadelphia, Pennsylvania 19103